450 A.2d 209

Commonwealth v. Mosley, Appellant.

Submitted April 21, 1982. Gary Spohn Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence is affirmed, and jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court is directed to enforce its sentence forthwith.